

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 84th District Court of Ochiltree County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on December 29, 2015, the cause upon appeal to revise or reverse your judgment between

**Ulysses Ray Meek v. The State of Texas**

**Case Number:  07-15-00174-CR Trial Court Number:  4888**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated December 29, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on December 29, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

